| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 24cr10327 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL KAVIAN, | ) | |
| | ) | |
| Defendant | ) | |

## **CERTIFICATION OF RELATEDNESS**

Pursuant to Local Rule 40.1(h)(5)(B), the government submits the following related case certification.  The government hereby certifies that the information filed in the above-captioned matter is a "Related Criminal Case" pursuant to Local Rule 40.1(h) with respect to the case *United States v. Grinberg*, 24-cr-10324-LTS  ("*Grinberg*"), which was filed under seal on October 23, 2024.  The above-captioned matter is related to *Grinberg* in that both cases arise out of overlapping "charged schemes" and an overlapping "series of events," and because the above-captioned matter and *Grinberg* would "entail substantial duplication of effort in the pretrial, trial and/or sentencing phases if heard by different judges."  *See* D. Mass. L.R. 40.1(h)(1)(A)-(B).

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Ian J. Stearns*
KAITLIN R. O'DONNELL
IAN J. STEARNS
Assistant United States Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that an electronic copy of this document was provided to the Court and counsel for the defendant.

By:     */s/ Ian J. Stearns*
              IAN J. STEARNS
              Assistant United States Attorney

Date: October 24, 2024