| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>DANIEL KAVIAN,<br><br>        Defendant | No. 24-CR-10327-LTS |

## MOTION TO ADMIT ERIC M. CREIZMAN AND
## CHRISTINA O. GOTSIS PRO HAC VICE

Pursuant to L.R. 83.5.3, the undersigned moves that the Court admit the following

attorneys to represent the defendant pro hac vice:

| | |
|---|---|
| Eric M. Creizman, Esq.<br>Morrison Cohen LLP<br>909 Third Ave., 27th Floor<br>New York, NY 10022<br>(212) 735-8600<br>ecreizman@morrisoncohen.com | Christina O. Gotsis, Esq.<br>Morrison Cohen LLP<br>909 Third Ave., 27th Floor<br>New York, NY 10022<br>(212) 735-8600<br>cgotsis@morrisoncohen.com |

The certifications required by L.R. 83.5.3(e) are attached as Exhibits 1 and 2.

Respectfully submitted,

*/s/ Theodore J. Folkman*

Theodore J. Folkman
RUBIN AND RUDMAN LLP
53 State St.
Boston, MA 02109
(617) 330-7000
tfolkman@rubinrudman.com

Dated: November 19, 2024

1

<u>CERTIFICATE OF SERVICE</u>

I certify that on November 19, 2024, I caused this document to be served by first-class mail, postage prepaid, and on email, on:

Ian J. Stearns, Esq.
Office of the U.S. Attorney
One Courthouse Way
Boston, MA 02110

*/s/ Theodore J. Folkman*