# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>DANIEL KAVIAN,<br><br>Defendant | No. 24-CR-10327-LTS |

### CERTIFICATION OF CHRISTINA O. GOTSIS

I, Christina O. Gotsis, a member of the Bar of New York, certify that I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice and that I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2024.

*/s/ Christina O. Gotsis*

_____

1