# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 24-cr-10327-LTS |
| Daniel Kavian | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _November 20, 2024_

_____
Defendant's signature

_____
Signature of defendant's attorney

Eric Creizman
_____
Printed name of defendant's attorney

_____
Judge's signature

Leo T. Sorokin, USDJ
_____
Judge's printed name and title